### 14412.  Thornton, *alias* Evans, *v.* The State.

Broyles, C. J.  1. There is no merit in either of the special grounds of the motion for a new trial.

2. The general grounds of the motion for a new trial, not being argued or insisted upon in the brief of counsel for the plaintiff in error, are treated as abandoned.

　　*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
　　DECIDED MAY 15, 1923.

Conviction of manslaughter; from Wilkes superior court — Judge Shurley. February 5, 1923.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.